```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 13403
    JOHN ISIMEME AKHILE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4554

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/27/2008 and was not confirmed.

    The case was dismissed without confirmation 07/30/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------

SEARS NATIONAL BANK        UNSECURED         2924.55           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED         2510.89           .00           .00
AMERICAN HOME MTG          CURRENT MORTG        .00            .00           .00
AMERICAN HOME MTG          SECURED NOT I        .00            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         3538.18           .00           .00
RJM ACQUISITIONS           UNSECURED           97.27           .00           .00
NATIONAL CAPITAL MGMT LL   SECURED NOT I     6117.44           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1057.12           .00           .00
DEUTSCHE BANK              NOTICE ONLY     NOT FILED           .00           .00
ONYX ACCEPTANCE CORP       SECURED NOT I     9965.65           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         3556.12           .00           .00
HSBC BANK NEVADA NA        UNSECURED         4614.00           .00           .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------        --------------
TOTALS                        .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 13403 JOHN ISIMEME AKHILE
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE